UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FELICITY HANNA )
)
    Plaintiff, )
)
vs. ) CASE NO.: 3:23-cv-12416-TKW-ZCB
)
ESCAMBIA COUNTY BOARD OF )
COUNTY COMMISSIONERS, )
)
    Defendant. )
                                            /

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, the Plaintiff, FELICITY HANNA, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and files this Response to Order to Show Cause and states as follows:

1. Plaintiff filed her Complaint in this matter on or about May 31, 2023, regarding an action under the Family Medical Leave Act.

2. Plaintiff's counsel thought that the Complaint was sent out for service, but due to an oversight and staffing issues, the Plaintiff has failed to serve the Defendant within ninety (90) days as required.

3. Plaintiff intends to serve the Defendant with this Complaint as quickly as possible.

4. Plaintiff believes an extension of time of ten (10) days shall be sufficient to effectuate service upon the Defendants.

**WHEREFORE**, premises considered, Plaintiff respectfully requests that this Court consider this Response and allow the Plaintiff an additional ten (10) days to serve the Defendant.

Respectfully submitted,

/s/ Jeremiah "JJ" Talbott
Florida Bar No. 0154784
**LAW OFFICE OF J.J. TALBOTT**
900 East Moreno Street
Pensacola, Florida 32503
(850) 437-9600
jj@talbottlawfirm.com
civil@talbottlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September 2023, a true and correct copy of the foregoing Motion for Substituted Service of Process was furnished to the following:

ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS
221 Palafox Place
Pensacola, Florida 32502

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.